**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Redwood Liquidating Co.,<br><br>Post-Effective Date Debtor. | Case No. 22-10621 (BLS)<br><br>Chapter 11 |
| Oxford Finance LLC,<br><br>Plaintiff,<br>v.<br><br>Redwood Liquidating Co., Jason Myers, Dana Moss, and Harish Soundararajan,<br><br>Defendants. | Adversary Proceeding No. 25-51853 (BLS) |

**ORDER DENYING OXFORD FINANCE LLC'S MOTION FOR A STAY OF THE ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS PENDING APPEAL**

Upon the motion [Adv. Dkt. No. 63] (the "Motion")[1] of Oxford Finance LLC ("Oxford") for entry of an order staying the effectiveness of the Memorandum Opinion and Order [Adv. Dkt. Nos. 61, 62] (the "Order"), which granted the motions to dismiss filed by Redwood Liquidating Co. ("Redwood") and defendants Jason Myers, Dana Moss, and Harish Soundararajan, pursuant to Rule 8007 of the Federal Rules of Bankruptcy Procedure, pending the resolution of Oxford's appeal of the Order; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that the Court may enter a final order

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

with respect to the Motion consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and the Court having considered the Motion, the objections thereto (the "Objections"), and the arguments of counsel at the hearing held on June 29, 2026 (the "Hearing") on the Motion; and upon the record herein; and after due deliberation thereon; and the Court having determined that Oxford has not met its burden and is not entitled to a stay pending appeal or an injunction, but a brief administrative stay is warranted to afford Oxford an opportunity to seek a stay pending appeal from the United States District Court for the District of Delaware (the "District Court") pursuant to Federal Rule of Bankruptcy Procedure 8007(b); and the Court having determined that there is good and sufficient cause for the terms of the Order, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is DENIED for the reasons set forth on the record at the Hearing.

2. Notwithstanding the denial of the Motion, and for the reasons stated at the Hearing, solely as an administrative convenience to the District Court, the effectiveness of the Order is hereby STAYED for a period of thirty (30) days from the date of the Hearing (the "Administrative Stay Period").

3. If Oxford has not filed a notice of appeal by the deadline to do so under the Federal Rules of Bankruptcy Procedure, the Administrative Stay Period shall automatically terminate without further action from the Court or any party.

4. During the Administrative Stay Period, the Plan Administrator, Redwood, or any other party acting in concert with them shall not distribute, transfer, dissipate, or otherwise dispose of the Settlement Proceeds.

5. During the Administrative Stay Period, the Settlement Proceeds shall continue to be held in escrow or in a segregated account and shall not be distributed, transferred, dissipated, or otherwise disposed of absent further order of this Court.

6. Upon the expiration of the Administrative Stay Period, this order shall automatically terminate without further order of the Court, unless extended by this Court or the United States District Court for the District of Delaware.

7. Nothing herein shall be construed as a determination of the merits of Oxford's appeal or as a waiver of any rights, claims, or defenses of any party, all of which are expressly preserved.

8. The terms and conditions herein shall be immediately effective and enforceable upon entry.

**Dated: July 6th, 2026**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**