**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Redwood Liquidating Co.,<br><br>Post-Effective Date Debtor. | Chapter 11<br><br>Case No. 22-10621 (BLS) |
| Oxford Finance LLC,<br><br>Plaintiff,<br><br>v.<br><br>Redwood Liquidating Co., Jason Myers, Dana Moss, and Harish Soundararajan,<br><br>Defendants. | Adv. Proc. No. 25-51853 (BLS)<br><br>**Re: Adv. D.I. 88** |

**ORDER GRANTING OXFORD FINANCE LLC'S MOTION FOR ENTRY OF AN ORDER AUTHORIZING OXFORD FINANCE LLC TO FILE UNDER SEAL OXFORD FINANCE LLC'S OBJECTION TO REDWOOD'S MOTION FOR ATTORNEYS' FEES, COSTS AND EXPENSES**

Upon the motion (the "Motion")[1] of Oxford Finance LLC ("Oxford") for entry of an order pursuant to Sections 105 and 107 of the Bankruptcy Code, Bankruptcy Rule 9018 and Local Rule 9018-1 authorizing Oxford to file the Objection under seal, and this Court having jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334(b) and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that proper and adequate notice of the Motion has been given and that no other or further notice is

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

necessary; and upon the record herein after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein, therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. Oxford is authorized to file an unredacted version of the Objection under seal.

3. Oxford is permitted to file a redacted version of the Objection containing Confidential Information.

4. The unredacted version of the Objection may not be unsealed unless and until permitted by further order of this Court.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. Oxford is authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

7. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

**Dated: August 28th, 2026**
**Wilmington, Delaware**

**BRENDAN L. SHANNON**
**UNITED STATES BANKRUPTCY JUDGE**